IN THE UNITED STATES DISTRICT COURT
FOR THE SEVENTH CIRCUIT
EASTERN DIVISION

FILED
DEC 1 9 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
         Plaintiff, )
) Case Number 03 CR 1150
vs. )
) Judge Charles R. Norgle
)
PAULINO JUAREZ, )
         Defendant, )

## MOTION TO COMPEL ATTORNEY TO RETURN CLIENT"S COMPLETE FILE

NOW COMES the defendant, Paulino Juarez, Pro Se, by and through his own means, respectfully moves this Court to compel former attorney, Standish E. Willis, to return the defendnant's complete file and in support states as follows:

1. The defendant has made numerous attempts to acquire his file and records from counsel of record only to be met with total indifference and refusal to reply with the defendant's requests.

2. The record further supports the defendant's allegations of counsel's indifference through an order, Rule to Show Cause, entered on February 7, 2006.

3. The defendant's repeated requests for the clerk of the court to provide records has been met with similar indifference.

4. The the defendant is being denied his due process in post conviction remedy and is losing time to file necessary post conviction remedies.

1

Whereas, the defendant, Paulino Juarez, respectfully moves the Court to enter and order requiring the attorney, Standish E. Willis, to return the defendant's complete file which include all work product, district and appellate briefs, all motions and trial transcripts, and all correspondence. And, accordingly, to direct the clerk of the court, Gino J. Agnello, to supply the defendant with a Trial Transcript Request Form and current docket sheet.

Respectfully submitted,

*Paulino Juarez*

Paulino Juarez
Reg. No. 16628-424
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Dated December 5, 2006